```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PEDRO NOLASCO,                                       :
                                                     :         17-CV-1925 (RWL)
                            Plaintiff,               :
                                                     :         ORDER
             - against -                             :
                                                     :
MIRANDA INTERNATIONAL INC., et al.,                  :
                                                     :
                            Defendant.               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 4, 2020, the Court issued an order requiring Defendants to appear on November 18, 2020 at 2:30 p.m. to show cause why judgment should not be entered in the amount of $4,200 plus attorneys' fees pursuant to the settlement agreement previously approved by this Court. (Dkt. 39.) The order also provided Defendants with an opportunity to submit a response in writing at least three days before the hearing.

Defendants did not submit a response to the order to show cause at any time, and they did not appear for the conference, which went forward on November 18, 2020. Defendants' failure to appear was particularly noteworthy inasmuch as, according to plaintiff counsel, plaintiff counsel had spoken to defense counsel earlier in the day, and defense counsel gave no indication that he would not participate in the hearing.

Accordingly, as directed during the hearing, by **November 25, 2020**, Plaintiff shall submit support for their attorneys' fees claim and a proposed form of judgment. The Court will then proceed to enter judgment in the amount of $4,200 plus attorneys' fees.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2020
       New York, New York

Copies transmitted this date to all counsel of record.