UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO NOLASCO, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

-against-

MIRANDA INTERNATIONAL INC. d/b/a DR. SHINE, and GOTARDO CORTEZ, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2020

Docket No.:
17-cv-1925-RWL

[PROPOSED] JUDGMENT

It is hereby ORDERED and ADJUDGED that judgment be entered in favor of Plaintiff, Pedro Nolasco, against Defendants, Miranda International Inc. d/b/a Dr. Shine, and Gotardo Cortez, individually (together as "Defendants"), jointly and severally, and that damages be awarded in the amount of $5,200.00 as follows:

(1) $4,200.00, representing 150% of the outstanding balance of the parties' settlement agreement as provided under the terms of the settlement agreement upon Defendants' default; and

(2) attorneys' fees in the amount of $1,000.00, as also provided for under the terms of the settlement agreement upon Defendants' default.

Accordingly, it is ORDERED and ADJUDGED that judgment is to be entered in favor of Plaintiff in accordance herewith and that this case be marked closed.

Dated: New York, New York
      November 27, 2020

By: _____11/27/2020_____
The Honorable Robert W. Lehrburger
United States ~~District~~ Judge
        Magistrate

1